UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

In re:

ASHBY ARNOLD COMER, JR.　　　　　Case No. 15-50683
LUCI MARIE COMER　　　　　　　　　Chapter 7
　　　　　Debtor(s)

**NOTICE OF PROPOSED ABANDONMENT OF PROPERTY
TO THE DEBTORS; AND OPPORTUNITY FOR HEARING**

TO:　THE DEBTORS, ALL CREDITORS AND PARTIES IN INTEREST.

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007(a), if no objections are filed with the Clerk of this Court at United States Bankruptcy Court, 116 N. Main Street, Room 223, Harrisonburg, VA 22802 and with the undersigned Trustee at P. O. Box 1312, Charlottesville, VA 22902, within fifteen (15) days of the date of mailing of this Notice, **being on or before May 6, 2016,** W. Stephen Scott, Trustee in Bankruptcy for the above-styled debtors, will abandon to the Debtors any interest that the Bankruptcy Estate may have in the hereinafter-described property pursuant to the terms set forth herein (the "Property"). In support thereof, the undersigned states as follows:

1.　On July 15, 2015 the Debtors filed a Chapter 7 Petition, and the undersigned W. Stephen Scott was appointed as Trustee in the instant case. The 341 meeting of creditors was conducted on August 24, 2015. Said case was designated as an asset case by the Trustee on August 25, 2015.

2.　The Debtors listed in their Schedule A, the following property: (a) 909 Comertown Road, Shenandoah, VA 22859 [titled in Ashby Comer], valued at $46,300.00 (the "Undeveloped Lot"), and (b) Woodstone Timeshare [titled jointly in the Debtors], valued at $15,000.00 (the "Timeshare") (collectively, the "Property"). The Debtors' Schedule D indicates that the Undeveloped Lot is encumbered by a deed of trust lien in favor of Blue Ridge Bank in the amount of $12,000.00, and that maintenance fees in the amount of $1,908.00 are owed to Woodstone Meadows on the Timeshare.

3.　Upon information and belief of the Trustee, the Undeveloped Lot has no road frontage, and the Trustee's auctioneer estimated its value to be $27,000.00. The Trustee has been unsuccessful in obtaining a realtor in the Massanutten, VA area to value and list for sale the Timeshare.

4.　Mr. Comer has claimed a $1.00 homestead exemption in the Undeveloped Lot and, upon information and belief has approximately $1,600 available to increase his exemption in this asset. The Debtors have claimed a joint $1.00 homestead exemption in the Timeshare.

5.      On April 11, 2016, the Trustee learned that Blue Ridge Bank had foreclosed its deed of trust on the Undeveloped Lot, in violation of the Automatic Stay imposed by 11 U.S.C. §362 (a). The Undeveloped Lot sold for $19,000.00 to adjoining land owners who are related to the Debtors. Upon information and belief, after payment of liens and costs of the foreclosure sale, the sum of $3,616.07 is available as equity from the sale, from which Mr. Comer could claim an additional homestead exemption of approximately $1,600, leaving only $2,016 available for administration by the Trustee for the benefit of the Estate.

6.      This proposed abandonment of the Property will be final after **May 6, 2016** unless a written objection is filed and served in accordance with this Notice and the time limit set forth herein above. If an objection is timely filed it will be considered by the Court, along with the Trustee's proposed abandonment, at a hearing to be held on **Wednesday, May 18, 2016 at 10:00 A.M. at the United States Bankruptcy Court, U. S. Courthouse, Federal Courtroom, 116 N. Main Street, Harrisonburg, VA 22802.**

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in this notice and the relief sought by the Trustee may be granted without further notice or hearing.**

Dated: 4/21/2016                           /s/ W. Stephen Scott
                                           W. Stephen Scott, Trustee in Bankruptcy
                                           P. O. Box 1312,
                                           Charlottesville, VA 22902
                                           434-227-5520
                                           wsscott7trustee@earthlink.net

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was mailed, postage prepaid, this 21st day of April, 2016 to the Debtors and all creditors and parties in interest listed on the mailing matrix attached to the original Notice filed with the Court.

                                           /s/ W. Stephen Scott
                                           W. Stephen Scott, Trustee in Bankruptcy

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A.<br>BWW Law Group, LLC<br>8100 Three Chopt Rd., Suite 240<br>Richmond, VA 23229-4833 | Wells Fargo Bank, N.A.<br>8100 Three Chopt Road<br>Suite 240<br>Richmond, VA 23229-4833 | ARS National Services, Inc.<br>PO Box 463023<br>Escondido, CA 92046-3023 |
| ARS National Services, Inc.<br>PO Box 469046<br>Escondido, CA 92046-9046 | American InfoSource LP; agent for Verizo<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | BWW Law Group, LLC<br>8100 Three Chopt Rd., Suite 240<br>Richmond, VA 23229-4833 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998-2238 | Barbara Jo Good<br>DBA The Coffee Pot, Inc.<br>1409 Batman Road<br>Shenandoah, VA 22849-3950 | Bill Me Later<br>PO Box 105658<br>Atlanta, GA 30348-5658 |
| Blue Ridge Bank<br>1807 Seminole Trail #101<br>Charlottesville, VA 22901-1155 | Blue Ridge Bank<br>PO Box 609<br>Luray, VA 22835-0609 | Bluegreen Corp<br>Attn: Mortgage Dept<br>4960 Conference Way N, Ste 100<br>Boca Raton, FL 33431-4413 |
| Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | CenturyLink<br>PO Box 1319<br>Charlotte, NC 28201-1319 | CenturyLink<br>PO Box 4300<br>Carol Stream, IL 60197-4300 |
| Charlottesville Bureau<br>3690 Dobleann Drive<br>Charlottesville, VA 22911-9088 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Cheap Storage<br>Long Avenue<br>Shenandoaha, VA 22849 |
| Cintas Corporation #394<br>PO Box 630803<br>Cincinnati, OH 45263-0803 | Comcast Cable<br>PO Box 3006<br>Southeastern, PA 19398-3006 | Commonwealth of Virginia<br>State Corporation Commission<br>PO Box 1197<br>Richmond, VA 23218-1197 |
| Complete Payment Recover Services<br>3500 5th Street<br>Northport, AL 35476-4723 | Credit Collections Svc<br>PO Box 773<br>Needham Heights, MA 02494-0918 | Credit Management Co<br>2121 Noblestown Rd<br>Pittsburgh, PA 15205-3956 |
| Enhanced Recovery Company, LLC<br>PO Box 23870<br>Jacksonville, FL 32241-3870 | FDGL Terminal Returns<br>1307 Walt Whitman Road<br>Melville, NY 11747-3011 | First Data<br>1307 Walt Whitman Rd<br>Melville, NY 11747-4819 |
| Harrisonburg Anesthesia, Inc.<br>1840 E Market Street<br>Harrisonburg, VA 22801-5100 | HARRISONBURG EMERGENCY<br>235 MARTIN LUTHER KING JR WAY<br>HARRISONBURG, VA 22801-3275 | Harrisonburg Emergency Physicians<br>PO Box 13940<br>Philadelphia, PA 19101-3940 |

| | | |
|---|---|---|
| Harrisonburg OBGYN<br>2291 Evelyn Byrd Ave.<br>Harrisonburg, VA 22801-5424 | Harrisonburg Pediatrics<br>1947 Medical Ave.<br>Harrisonburg, VA 22801-3437 | Harrisonburg Physicians for Anesthesia<br>PO Box 79530<br>Baltimore, MD 21279-0530 |
| IC System<br>Attn: Bankruptcy<br>444 Highway 96 East; PO Box 64378<br>St. Paul, MN 55164-0378 | Internal Revenue Service***<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Joseph Mann & Creed<br>PO Box 22253<br>Beachwood, OH 44122-0253 |
| Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Meadowcrest ENT & Facial<br>3360 Emmaus Road<br>Harrisonburg, VA 22801-2685 | NCO Financial Systems, Inc.<br>PO Box 15740<br>Wilmington, DE 19850-5740 |
| NTelos Inc.*<br>Post Office Box 1990<br>Waynesboro, VA 22980-7990 | Nco Fin /99<br>PO Box 15636<br>Wilmington, DE 19850-5636 | Ntelos<br>PO Box 580113<br>Charlotte, NC 28258-0113 |
| Obstetrics & Gynecology Associates<br>2103 E. Parham Road<br>Richmond, VA 23228-2235 | Obstetrics Gynecology Assoc.<br>9166 N. Congress Street<br>New Market, VA 22844-9422 | PYOD, LLC its successors and assigns<br>of Plains Commerce Bank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| PYOD, LLC, sucessors and assigns<br>of Plains Commerce Bank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Page County Treasurer<br>101 South Court Street<br>Luray, VA 22835-1224 | Page County Treasurer, Penny Gray<br>103 South Court Street, Ste A<br>Luray, VA 22835-1262 |
| Page Memorial Hospital<br>200 Memorial Drive<br>Luray, VA 22835-1000 | Page Memorial Hospital<br>PO Box 37517<br>Baltimore, MD 21297-3517 | Page Shenandoah Health Center<br>516 1st St # B<br>Shenandoah, VA 22849-1602 |
| Page Shenandoah Health Center<br>c/o Credit Management Company<br>PO Box 16346<br>Pittsburgh, PA 15242-0346 | Partners 1st Fcu<br>1330 Directors Row<br>Fort Wayne, IN 46808-1274 | Partners 1st Federal Credit Union<br>1330 Directors Row<br>Fort Wayne, IN 46808-1274 |
| Penn Credit<br>916 S 14th Street<br>Harrisburg, PA 17104-3425 | ProActive Solutions<br>c/o RJM Acquisitions LLC<br>575 Underhill Blvd, Ste 224<br>Syosset, NY 11791-3416 | Progressive Insurance<br>6300 Wilson Mills Rd.<br>Mayfield Village, OH 44143-2182 |
| PureForce<br>PO Box 100512<br>Pasadena, CA 91189-0003 | Quarles Energy Services<br>PO Box 7508<br>Fredericksburg, VA 22404-7508 | RSI Enterprises, Inc.<br>PO Box 710507<br>Herndon, VA 20171-0507 |

Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Richard Strickler
PO Box 97
Shenandoah, VA 22849-0097

Rockingham Medical Group
PO Box 1430
Harrisonburg, VA 22803-1430

Rockingham Radiologists Ltd
370 Neff Avenue
Harrisonburg, VA 22801-3762

Rockingham Radiologists, Ltd.
PO Box 371863
Staunton, VA 24402

Rodale Books
c/o Penn Credit
916 S. 14th STreet
PO Box 988
Harrisburg, PA 17108-0988

SCA Collections, Inc.
PO Box 876
Greenville, NC 27835-0876

Sentara RMH Medical Center
2010 Health Campus Drive
Harrisonburg, VA 22801-8679

Shannon Sankar
238 Bowmans Run Drive
Stuarts Draft, VA 24477-3052

Shenandoah Valley Pathology Lab, Inc.
PO Box 100559
Florence, SC 29502-0559

Siva Thiagarajah, MD
1101 E Jefferson St. #1
Charlottesville, VA 22902-5353

Town of Shenandoah
426 First Street
Shenandoah, VA 22849-1599

USTrustee
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011-1620

Updike Industries
PO Box 1745
Culpeper, VA 22701-6745

VCS, Inc.
PO Box 83
Staunton, VA 24402-0083

Va Department Of Taxation*
Bankruptcy Unit
P O Box 2156
Richmond, VA 23218-2156

Va Employment Commission
PO Box 1358
Richmond, VA 23218-1358

Valley Credit Service
934 N Augusta St Ste A
Staunton, VA 24401-3282

Valley Physician Enterprise
PO Box 37517
Baltimore, MD 21297-3517

Verizon****
500 Technology Dr. # 550
Weldon Spring, MO 63304-2225

Virginia Employment Commissin
c/o Mark Herring, VA Attorney General
900 East Main Street
Richmond, VA 23219-3548

Virginia Employment Commission
PO Box 26971
Richmond, VA 23261-6971

Wells Fargo Bank, N.A.
Attn: Bankruptcy Dept
3476 Stateview Blvd., MAC #D3347-01
Fort Mill, SC 29715-7200

Wells Fargo Bank, N.A.
c/o BBW Law Group, LLC
8100 Three Chopt Rd., Ste 240
Henrico, VA 23229-4833

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE
ATTN BANKRUPTCY DEPT MAC
3476 STATEVIEW BLVD
FORT MILL, SC 29715-7203

Woodstone Meadows
PO Box 1227
Harrisonburg, VA 22803-1227

iPayment, Inc.
PO Box 3429
Thousand Oaks, CA 91359-0429

nTelos
Attn: Bankruptcy Dept.
1154 Sheandoah Village Dr.
Waynesboro, VA 22980-9253

Ashby Arnold Comer Jr.
107 J Street
Shenandoah, VA 22849-1131

David E. Wright
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501-2674

H. David Cox
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, VA 24501-2674

Luci Marie Comer
107 J Street
Shenandoah, VA 22849-1131

Bank of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

Wells Fargo Hm Mortgage
8480 Stagecoach Cir
Frederick, MD 21701